IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE NORGLE

DOCKETED
OCT 23 2000

MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| WILSON SPORTING GOODS CO., | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| HILLERICH & BRADSBY CO., MIKEN COMPOSITES CO., STEELE'S SPORTS COMPANY, INC. STEELE'S HOLDING COMPANY and REDA SPORTS, INC., | ) 00C 6517 |
| Defendants. | ) |

**COMPLAINT FOR PATENT INFRINGEMENT
AND DEMAND FOR JURY TRIAL**

For its complaint against the Defendants, Plaintiff alleges:

1. Plaintiff Wilson Sporting Goods Co. is a Delaware corporation having its principal place of business at 8700 West Bryn Mawr Avenue, Chicago, Illinois 60631.

2. Defendant Hillerich & Bradsby Co. is a Kentucky corporation and has its principal office and place of business at 800 West Main Street, Louisville, Kentucky 40232-5700. Defendant Miken Composites Co. is a Wisconsin corporation and has its principal office and place of business at Caledonia, Minnesota 55921. Defendant Steele's Sports Company is an Ohio corporation

- 1 -

and has its principal office and place of business at 1044 Vivian Drive, Grafton, Ohio 44044. Defendant Steele's Holding Company is an Ohio corporation and has its principal office and place of business at 5223 West 137th Street, Brook Park, Ohio 44142. Reda Sports, Inc. is a Pennsylvania corporation and has its principal office and place of business at 110 Main Street, P. O. Box 3609, West Easton, Pennsylvania 18043.

3. This action arises under the Patent Laws of the United States, Title 35 United States Code, and this Court has jurisdiction under Title 28 United States Code, Section 1338. Venue is proper under 28 U.S.C. §1391(c) and (d) and §1400.

4. On May 16, 1995 United States Patent No. 5,415,398 was duly and legally issued for an invention in a Softball Bat. Wilson is the owner by assignment of said patent and has the right to bring actions for infringement of the patent and to recover damages therefor.

5. Defendants have themselves, or by and through their agents, infringed Patent No. 5,415,398 by making, using, offering to sell, and selling within the Untied States and by importing into the United States softball bats which embody the patented invention and will continue to do so unless enjoined by this Court.

6. On information and belief the Defendants have actual notice of Patent No. 5,415,398, and their infringement is willful and deliberate.

WHEREFORE, Plaintiff prays for:

A. A preliminary and permanent injunction against Defendants' continued infringement of Patent No. 5,415,398;

B. An award of damages for Defendants' infringement;

C. An order trebling the amount of damages;

D. An award of Plaintiff's costs, prejudgment interest, and attorney's fees and such other relief as this Court may deem just.

October 20, 2000

*John W. Chestnut*
John W. Chestnut
Jeremy R. Kriegel
TILTON, FALLON, LUNGMUS & CHESTNUT
100 South Wacker Drive
Chicago, IL 60606-4002
312.456.8000

OF COUNSEL:
Jeffery A. Key
100 South Wacker Drive
Chicago, IL 60606-4002
312.560.2148

Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demands a jury trial.

*John W. Chestnut*
John W. Chestnut
Attorney for Plaintiff

- 3 -

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Wilson Sporting Goods Co.

MAGISTRATE JUDGE ASHMAN

**DEFENDANTS**
Hillerich & Bradsby Co., Miken Composites Co., Steele's Sports Company, Steele's Holding Company, Reda Sports, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Louisville, KY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

OCT 23 2000

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John W. Chestnut
TILTON, FALLON, LUNGMUS & CHESTNUT
100 South Wacker Drive, Ste. 960
Chicago, IL 60606-4002   (312)456-80

ATTORNEYS (IF KNOWN)

00C 6517

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

U.S. Patent Act (patent infringement)
35 U.S.C. §§ 1 et seq.; 281 et seq.

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII. This case**
☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 10/20/00

SIGNATURE OF ATTORNEY OF RECORD
Jeremy R. Kriegel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

**JUDGE NORGLE**

In the Matter of

WILSON SPORTING GOODS CO.
v.
HILLERICH & BRADSBY CO., MIKEN COMPOSITES CO., STEELE'S SPORTS COMPANY, INC., STEELE'S HOLDING COMPANY and REDA SPORTS, INC

Case Number: **00C 6517**

**MAGISTRATE JUDGE ASHMAN**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Wilson Sporting Goods Co., Plaintiff.

**DOCKETED OCT 23 2000**

| (A) | (B) |
|---|---|
| SIGNATURE: *John W. Chestnut* | SIGNATURE: *Jeremy R. Kriegel* |
| NAME: John W. Chestnut | NAME: Jeremy R. Kriegel |
| FIRM: Tilton, Fallon, Lungmus & Chestnut | FIRM: Tilton, Fallon, Lungmus & Chestnut |
| STREET ADDRESS: 100 South Wacker Drive, Suite 960 | STREET ADDRESS: 100 South Wacker Drive, Suite 960 |
| CITY/STATE/ZIP: Chicago, Illinois 60606-4002 | CITY/STATE/ZIP: Chicago, Illinois 60606-4002 |
| TELEPHONE NUMBER: (312) 456-8000 | TELEPHONE NUMBER: (312) 456-8000 |
| IDENTIFICATION NUMBER: 435171 | IDENTIFICATION NUMBER: 6231057 |
| MEMBER OF TRIAL BAR? YES ✔ | MEMBER OF TRIAL BAR? NO ✔ |
| TRIAL ATTORNEY? YES ✔ | TRIAL ATTORNEY? NO ✔ |
|  | DESIGNATED AS LOCAL COUNSEL? NO ✔ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |